IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,    )
    )    CASE NUMBER: 26-mj-7054-MAB
    Plaintiff,    )
    )
vs.    )
    )    Title 8
JORGE SOLANO-SANTOS    )    United States Code,
    )    Section 1326(a)
    Defendant.    )

## CRIMINAL COMPLAINT

I, Dan Turner, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1
ILLEGAL REENTRY AFTER DEPORTATION

On or about March 30, 2026, in St. Clair County, in the Southern District of Illinois,

**JORGE SOLANO-SANTOS,**

defendant, an alien, was found in the United States after having been removed there from on or about October 4, 2012, at or near Tucson, Arizonia, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

### AFFIDAVIT

I further state this complaint is based on the following facts:

1.  I am a Deportation Officer with Immigration & Customs Enforcement, (ICE), and that I have been so employed since July 13, 2025. My duties as an ICE Deportation Officer include the investigation of any criminal violations of the Immigration and Nationality Act.

2.  I have recently investigated the suspected unlawful presence in the United States of JORGE SOLANO-SANTOS. According to official records maintained by ICE on SOLANO-

SANTOS, he is a Mexican national, who was previously deported twice from the United States to Mexico, most recently on October 4, 2012, at or near Tucson, Arizona. He had been removed weeks prior, on September 14, 2012, at or near Nogales, Arizona.

3.      On March 30, 2026, I discovered SOLANO-SANTOS had reentered the United States after discovering he was arrested in Fairmont City, Illinois for aggravated domestic battery. SOLANO-SANTOS is currently charged with three felonies related to his conduct on March 30, 2026, including one count of aggravated domestic battery from strangulation and two counts of domestic battery from physical contact, in Saint Clair County case number 2026-CF-0567.

4.      After learning of SOLANO-SANTOS' arrest, ICE officials requested copies of SOLANO-SANTOS' fingerprints collected by St. Clair County Jail. Agents compared the fingerprints collected from St. Clair County jail to the fingerprints records maintained by FBI and ICE databases, and those fingerprints matched fingerprints taken during SOLANO-SANTOS' prior removal. SOLANO-SANTOS is currently in custody at the St. Clair County Jail in Belleville, Illinois.

5.      According to official records maintained by ICE, following his deportation to Mexico on September 14, 2012, SOLANO-SANTOS never received permission from the Secretary of the Department of Homeland Security to lawfully reenter the United States.

6.      Based on the above information, it appears that SOLANO-SANTOS is an alien who was found in the United States after having been previously deported from the United States, all in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

*Daniel Turner*
_____
DANIEL TURNER,
Deportation Officer
Immigration and Customs Enforcement

2

_Madalyn J. Campbell_
MADALYN J. CAMPBELL
Assistant United States Attorney


State of Illinois                    )
                                     )   SS.
County of St Clair County            )

        Subscribed and sworn to on the  2  day of April, 2026.

        _Mark A. Beatty_
        HON. MARK A. BEATTY
        United States Magistrate Judge